Michael Patrick O'Brien (USB #4894)
C. Michael Judd (USB #14692)
JONES WALDO HOLBROOK & McDONOUGH PC
*Attorney for Defendant AFCC*
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:     (801) 521-3200
mobrien@joneswaldo.com
mjudd@joneswaldo.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMUEL BURNINGHAM,<br><br>          Plaintiff,<br><br>vs.<br><br>AFCC LIMITED,<br><br>          Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:17-cv-422<br>Magistrate Judge Dustin B. Pead |

Defendant AFCC Limited, through counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a confidential settlement agreement, and within 45 days of this notice, the parties will file a stipulated motion to dismiss with prejudice.

Respectfully submitted: September 29, 2017.

                                                        JONES WALDO HOLBROOK & McDONOUGH PC


                                                        By:  /s/ *C. Michael Judd*
                                                            Michael Patrick O'Brien
                                                             C. Michael Judd
                                                             *Attorneys for Defendant AFCC*

1386079.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, I caused to be delivered, via the court's electronic filing system, email, or otherwise by first class mail postage prepaid if needed, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** to the following:

> Michael P. Studebaker (mike@utahadaadvocates.com)
> STUDEBAKER LEGAL SERVICES, PC
> 333 2nd Street, Suite 16
> Ogden, UT 84404
> *Attorney for Plaintiff*

By: /s/ *C. Michael Judd*
C. Michael Judd