STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901 | (801) 697-1900
Email: mike@utahadaadvocates.com
Email: mike@studebakerlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Sam Burningham,<br><br>    Plaintiff,<br><br>v.<br><br>AFCC Limited,<br><br>    Defendant. | Case No.: 2:17-cv-00422-DBP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Assigned to Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Sam Burningham, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted on this 9th day of November 2017.

> */s/ Michael P. Studebaker*
> **MICHAEL P. STUDEBAKER**
> 333 2nd Street, Suite 16
> Ogden, UT 84404
> Telephone: (385) 200-9901
> Email: mike@utahadaadvocates.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

C. Michael Judd
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
SALT LAKE CITY, UT 84101
(801)404-8504
Email: mjudd@joneswaldo.com
*Attorney for Defendant*

Michael P. O'Brien
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
SALT LAKE CITY, UT 84101
(801)521-3200
Email: mobrien@joneswaldo.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*